Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−14068−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Andrea C Marrone
aka Andrea Marrone, aka Andrea C
Scorsone, aka Andrea Christina Marrone
526 Brentwood Road
Forked River, NJ 08731

Social Security No.:
xxx−xx−6247

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 23, 2026.

Dated: September 23, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-14068-CMG

Andrea C Marrone Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 23, 2026 Form ID: plncf13 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea C Marrone, 526 Brentwood Road, Forked River, NJ 08731-1521 |
| cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2026 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2026 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 23 2026 21:56:00 | Lakeview Loan Servicing LLC c/o LoanCare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 521071002 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 23 2026 21:57:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 521071001 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 23 2026 21:57:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 521071005 | | Email/PDF: bncnotices@becket-lee.com | Sep 23 2026 22:08:29 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521071003 | | Email/PDF: bncnotices@becket-lee.com | Sep 23 2026 22:08:38 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521255327 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 22:08:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521071008 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 22:08:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521071007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 22:08:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521071010 | ^ | MEBN | Sep 23 2026 21:53:31 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 521071009 | ^ | MEBN | Sep 23 2026 21:53:30 | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 521071011 | | Email/Text: bankruptcy@glsllc.com | Sep 23 2026 21:55:00 | Global Lending Services LLC, 1200 Brookfield Blvd, Ste 300, Greenville, SC 29607-6583 |
| 521233466 | | Email/Text: bankruptcy@glsllc.com | Sep 23 2026 21:55:00 | Global Lending Services LLC, 1200 Brookfield |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd Ste 300, Greenville, South Carolina 29607 |
| 521071012 | | Email/Text: bankruptcy@glsllc.com | Sep 23 2026 21:55:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 521077018 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2026 21:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521078903 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 22:08:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521071013 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 23 2026 21:56:00 | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 521261244 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2026 21:56:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521071014 | | Email/Text: RASEBN@raslg.com | Sep 23 2026 21:56:00 | Robertson, Anschutz, Schneid, Crane, Partners, PLLC 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 521071016 | | Email/Text: cathy@scratchpay.com | Sep 23 2026 21:55:00 | Scratch Financial, Attn: Bankruptcy, 225 S Lake Ave Ste 250, Pasadena, CA 91101-4895 |
| 521071017 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 23 2026 21:56:00 | State of New Jersey, Department Of Treasury, Div. Of Taxation, Judgment Section, PO Box 245, Trenton, NJ 08695 |
| 521071015 | + | Email/Text: cathy@scratchpay.com | Sep 23 2026 21:55:00 | Scratch Financial, 815 Colorado Blvd, Los Angeles, CA 90041-1703 |
| 521071019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 22:08:44 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521071020 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 22:08:26 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 521071021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 22:08:47 | Synchrony Bank, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521071022 | | Email/Text: bankruptcy@td.com | Sep 23 2026 21:57:00 | TD Bank, 9000 Atrium Way, Mount Laurel, NJ 08054-3952 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521071018 | | State of New Jersey |
| 521204715 | | State of New Jersey |
| 521204699 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 521204698 | * | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 521071006 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521204702 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521204703 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521071004 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521204700 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521204701 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521204705 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521204704 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521204707 | * | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 521204706 | * | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 521204708 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd, Ste 300, Greenville, SC 29607-6583 |
| 521204709 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 521204710 | *+ | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |

| | | |
|---|---|---|
| 521204711 | * | Robertson, Anschutz, Schneid, Crane, Partners, PLLC 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 521204713 | *P++ | SCRATCH FINANCIAL INC, ATTN CATHY MORSE COMPLIANCE, 225 S LAKE AVE, SUITE 250, PASADENA CA 91101-4895, address filed with court:, Scratch Financial, Attn: Bankruptcy, 225 S Lake Ave Ste 250, Pasadena, CA 91101-4895 |
| 521204714 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department Of Treasury, Div. Of Taxation, Judgment Section, PO Box 245, Trenton, NJ 08695 |
| 521204712 | *+ | Scratch Financial, 815 Colorado Blvd, Los Angeles, CA 90041-1703 |
| 521204716 | *+ | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521204717 | * | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 521204718 | * | Synchrony Bank, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521204719 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, 9000 Atrium Way, Mount Laurel, NJ 08054-3952 |

TOTAL: 2 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Andrea C Marrone bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5